# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUDY PHIL JAQUEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-13-204-M |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On March 20, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action filed pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be dismissed without prejudice. Petitioner was advised of his right to file an objection to the Report and Recommendation by April 9, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on March 20, 2013, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 10th day of April, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE